UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KELLY SERVICES, INC., <br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A2Z GLOBAL STAFFING, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01443-JAD-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Plaintiff filed the Complaint (Dkt. #1) on July 29, 2015. Defendant Allan J. O'Keefe filed an Answer (Dkt. #8) September 25, 2015. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Defendant Allan J. O'Keefe shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Defendant O'Keefe must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Defendant Allan J. O'Keefe shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later**

/ / /

/ / /

/ / /

**than December 7, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 16th day of November, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE