1  **SHERI THOME**
Nevada Bar No. 008657
2  Sheri.Thome@wilsonelser.com
**TYSON E. HAFEN**
3  Nevada Bar No. 13139
Tyson.Hafen@wilsonelser.com
4  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
5  Las Vegas, NV 89101
Telephone 702.727.1400
6  Facsimile 702.727.1401
*Attorneys for Plaintiff Kelly Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY SERVICES, INC. ,<br><br>Plaintiff,<br><br>v.<br><br>A2Z GLOBAL STAFFING INC., ALEXIS J. OKEEFE, ALLAN J. OKEEFE, SUSAN M. OKEEFE and DAVEN RICKETTS ,<br><br>Defendants. | CASE NO.:  2:15-cv-01443-JAD-PAL<br><br>**STIPULATION TO CORRECT CLERICAL ERROR IN JOINT DISCOVERY PLAN AND SCHEDULING ORDER (DOC. 18)**<br><br>**Submitted in Compliance with LR 26-1(e)** |

Plaintiff KELLY SERVICES, INC., by and through its counsel of record SHERI THOME, ESQ., and TYSON E. HAFEN, ESQ., and Defendant ALLAN J. O'KEEFE, hereby stipulate to correct a clerical error in the joint discovery plan and scheduling order.  Specifically, the parties recently noticed that some of the dates provided in the joint discovery plan were mistakenly different than the dates provided in the proposed scheduling order (Doc. 16) which was signed by the Magistrate and filed on November 16, 2015 (Doc. 18).  Specifically, the proposed discovery plan correctly had the following FRCP 26(a)(2) disclosures (experts) dates:

   1/9/16 – Initial

   2/18/16 – Rebuttal

Whereas, the actual proposed order signed by the Magistrate incorrectly had the following incorrect dates for these same events:

   3/5/15 – Initial

   1/9/16 – Rebuttal

887586v.1

1     In order to resolve any confusion as to the actual deadlines, and pursuant to the Court's
2 instruction, the parties submit this stipulation clarifying the intended discovery dates as follows [as
3 previously identified in (Doc. 16) the joint discovery plan **(clarified discovery dates in bold)]:**

4   1. The close of discovery shall be March 9, 2016.

5   2. Amending the Pleadings and Adding Parties:  The last date for filing motions to amend the
6      pleadings or to add parties shall not be later than 90 days prior to the close of discovery.  In
7      this action, the last date for filing motions to amend the pleading or add parties shall be
8      December 10, 2015.

9   3. FRCP 26(a)(2) Initial Expert Disclosures:  The last day for disclosure of expert witnesses
10     shall be 60 days before the discovery cut-off date.  In this action, the last date for expert
11     disclosures shall be **January 9, 2016**.

12  4. FRCP 26(a)(2) Rebuttal Expert Disclosures:  The rebuttal expert disclosure date shall be 30
13     days after the initial expert disclosure deadline.  In this action, the last date for rebuttal expert
14     disclosures shall be **February 18, 2016**.

15  5. Dispositive Motions:  The last date for filing dispositive motions shall not be later than 30
16     days after the discovery cut-off date.  In this action, the last date for filing dispositive
17     motions shall be April 8, 2016.

18  6. Pretrial Order:  The joint pretrial order shall be filed no later than 30 days after the date set
19     for filing dispositive motions.  In this action, the joint pretrial order shall be filed on or before
20     May 9, 2016.  In the event dispositive motions are filed, the date for filing the joint pretrial
21     order shall be suspended until thirty (30) days after decision of the dispositive motions or
22     further order of the Court.

23  7. FRCP 26(a) disclosures:  The disclosures required by FRCP 26(a)(3) and any objection
24     thereto shall be included in the pretrial order.

25  8. Interim Status Report:  In compliance with LR 26-3, the parties will file an interim status
26     report on or before January 9, 2016, which will include:  (a) an estimated time for trial; (b)
27     three alternative trial dates; and (c) whether trial counsel believes trial could be eliminated or
28     if its length could be impacted by substantive motions.

1  Notably, pursuant to instruction from the Court, this stipulation is being submitted without a
2  proposed order, as the Magistrate already signed the scheduling order (Doc. 18) which had the
3  previously discussed incorrect dates due to clerical error.

**APPROVED AS TO FORM AND CONTENT**

DATED this 8th day of December, 2015.          DATED this 8th day of December, 2015.

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

/s/ Tyson E. Hafen
_____
Sheri M. Thome                                  Allan OKeefe
Nevada Bar No. 008657                           1240 Sharptank Court
Tyson E. Hafen                                  Apopka FL 32712
Nevada Bar No. 13139                            *Defendant*
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff Kelly Services, Inc.*

IT IS SO ORDERED this 9th day of December, 2015.

_____
Peggy A. Leen
United States Magistrate Judge