SHERI THOME
Nevada Bar No. 8657
Sheri.Thome@wilsonelser.com
TYSON E. HAFEN
Nevada Bar No. 13139
Tyson.Hafen@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff Kelly Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KELLY SERVICES, INC., | Case No.: 2:15-cv-01443-JAD-PAL |
|---|---|
| Plaintiff, | Honorable Jennifer A. Dorsey |
| | Magistrate Peggy A. Leen |
| v. | |
| A2Z GLOBAL STAFFING INC., ALEXIS J. OKEEFE, ALLAN J. OKEFE, SUSAN M. OKEEFE, and DAVEN RICKETTS, | **STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Plaintiff's cause of action be dismissed without prejudice and without costs to any party.

DATED this 24th day of March, 2016          DATED this 24th day of March, 2016

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

*/s/ Tyson E. Hafen*                             */s/ Allan J. OKeefe (w/ consent)*
Sheri M. Thome                                   Allan OKeefe
Nevada Bar No. 8657                              1240 Sharptank Court
Tyson E. Hafen                                   Apopka FL 32712
Nevada Bar No. 13139                             Aokeefe19@hotmail.com
300 South Fourth Street, 11th Floor              *Defendant*
Las Vegas, NV 89101
*Attorneys for Plaintiff Kelly Services, Inc.*

930219v.1

Case No.: 2:15-cv-01443-JAD-PAL
Honorable Jennifer A. Dorsey
Magistrate Peggy A. Leen

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon stipulation of the parties hereto and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the within cause of action shall be and is hereby dismissed without prejudice and without costs to any party.

The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: March 25, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

930219v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 24th day of March, 2016 I electronically filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** to all parties on file with the CM/ECF and via First Class Mail to:

Allan OKeefe
1240 Sharptank Court
Apopka FL 32712
Aokeefe19@hotmail.com
*Defendant*

BY   /s/ Naomi E. Sudranski
     An Employee of
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP