AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Kelly Services, Inc.

Plaintiff,

V.

A2Z Global Staffing, Inc., et al

Defendants.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:15-cv-1443-JAD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for Kelly attorneys' fees in the amount of $21, 007.00 and $59.80 in costs pursuant to Order #66

April 3, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk